**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 625 MAL 2014
                                       :

                Respondent      : Petition for Allowance of Appeal from the
                                         : Order of the Superior Court
                                       :

                       v.                  :
                                       :
                                       :

JUAN MIGUEL SERRANO-TORRES,   :
                                       :
                Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 7th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.